[No. 23108–1–I.   Division One.   May 14, 1990.]

JOANNE PETERS, ET AL, *Appellants,* v. JACK D. BALLARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–00493–1, John W. Riley, J., entered September 9, 1988. *Affirmed* by unpublished opinion per

Thibodeau, J. Pro Tem., concurred in by Scholfield and Forrest, JJ. Now published at 58 Wn. App. 921.